UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABHIJIT DAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-10931-ADB |
| | ) | |
| LOWELL FIVE CENT SAVINGS BANK, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Melanie V. Woodward of Nutter, McClennen & Fish, LLP, as counsel for defendants Steven Brake and Brian Lee in the above-captioned case.

Dated:  July 26, 2024

/s/ Melanie V. Woodward
Melanie V. Woodward (BBO# 690903)
mwoodward@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:   (617) 310-9000

## **CERTIFICATE OF SERVICE**

I certify that, on July 26, 2024, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to any non-registered participants by email.

/s/Melanie V. Woodward