UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Abhijit Das et al**
    Plaintiff,

CA No. 1:24-cv-10931-ADB

v.

**Lowell Five Cents Savings Bank et al**
    Defendants

ORDER OF RECUSAL

BURROUGHS, D.J.

I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. ' 455 (a).  The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.

    /s/ Allison D. Burroughs
    Allison D. Burroughs
    United States District Judge

Dated: 7/30/2024