UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABHIJIT DAS, MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, JOHN PRATT JR., RICHARD D. REAULT, STEVEN J. BRAKE, ESQ, and BRIAN K. LEE, ESQ.,<br><br>            Defendants. | Case 1:24-cv-10931-PBS |

## **NOTICE OF APEPARANCE OF DANIEL R. SONNEBORN**

Please enter the appearance of Daniel R. Sonneborn as counsel for Defendants The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr.

Respectfully submitted,

August 1, 2024

*/s/ Daniel R. Sonneborn*
Daniel R. Sonneborn (BBO# 679229)
dsonneborn@preti.com
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
Tel. (617) 226-3800

*Counsel for Defendants The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr.*

22124418.1

## **CERTIFICATE OF SERVICE**

      I certify that, on August 1, 2024, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants.

                                              /s/ *Daniel R. Sonneborn*
                                              Daniel R. Sonneborn

22124418.1