# EXHIBIT A

15164564.2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABHIJIT DAS, MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, JOHN PRATT JR., RICHARD D. REAULT, STEVEN J. BRAKE, ESQ, and BRIAN K. LEE, ESQ.,<br><br>      Defendants. | Case 1:24-cv-10931-PBS |

## DECLARATION OF GREGORY A. MOFFETT IN SUPPORT OF *PRO HAC VICE* ADMISSION

NOW COMES Gregory A. Moffett, Esq., of the firm Preti Flaherty Beliveau & Pachios, LLP, who, in support of the request for his *pro hac vice* admission to this Court pursuant to Rule 83.5.3, hereby certifies under penalty of perjury that:

1.    I am admitted to practice in the state of New Hampshire, and before the United States First Circuit Court of Appeals, United States District Court for the District of New Hampshire, the United States District Court for the District of Vermont, the United States Court of Federal Claims, the United States Bankruptcy Court for the District of New Hampshire, and the United States Tax Court.

15164564.2

2.   I am not now, nor have I ever been, under any order of disbarment, suspension, or other discipline and am a member in good standing in every jurisdiction where I am admitted to practice.

3.   I have over 35 years of experience practicing law.

4.   I request admission *pro hac vice* to represent Defendants The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr.;

5.   My admission will be in association with a member of the bar of this Court, Daniel R. Sonneborn, Esq., of Preti, Flaherty, Beliveau & Pachios, LLP, 60 State Street, Suite 1100, Boston, Massachusetts, who has also entered his appearance for Defendants The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr. in these proceedings;

6.   I have familiarized myself with the local rules of the U.S. District Court for the District of Massachusetts; and

7.   My contact information is as follows:

> Gregory A. Moffett, Esq.
> Preti Flaherty Beliveau & Pachios, LLP
> 57 N. Main Street
> Concord, NH 03301
> (603) 410-1525
> gmoffett@preti.com

FURTHER DECLARANT SAITH NOT.

Dated: September 17, 2024            /s/ *Gregory A. Moffett*
                                     Gregory A. Moffett, Esq., NH Bar #6873
                                     Preti Flaherty Beliveau & Pachios, LLP
                                     57 N. Main Street
                                     Concord, NH 03301
                                     (603) 410-1525
                                     gmoffett@preti.com

15164564.2