UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABHIJIT DAS, MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, JOHN PRATT JR., RICHARD D. REAULT, STEVEN J. BRAKE, ESQ, and BRIAN K. LEE, ESQ.,<br><br>　　　　Defendants. | Case 1:24-cv-10931-PBS |

**STEPHEN BRAKE AND BRIAN LEE'S LIMITED RESPONSE TO PLAINTIFFS' EMERGENCY MOTION TO CONTINUE DEADLINE FOR FILING AND SERVICE OF AMENDED COMPLAINT**

Stephen Brake and Brian Lee submit this limited response to Plaintiffs' motion seeking more time to file an amended complaint. Brake and Lee do not oppose Plaintiffs' request to move the deadline to amend the complaint to October 25, 2024, but ask the Court to set November 25, 2024, as the deadline for responding to the amended complaint.[1] Brake and Lee note, however, that they did not assent to the extension because the Massachusetts Superior Court's summary-judgment decision in *Boston East Tyngsboro Holdings, LLC v. Lowell Five*

---

[1] Under the current schedule, the deadline to amend the complaint is October 16, 2024, and the deadline for responding to the amended complaint is November 15, 2024.

*Cent Savings Bank* only underscores this reality: this action lacks merit.[2] From the start, the allegations in this case—formulated by shotgun pleading[3]—were neither warranted by law nor supported by evidence. Thus, in the view of Brake and Lee, Plaintiffs cannot salvage the pleading through amendment.

Dated:  October 16, 2024

Respectfully submitted,

/s/*Melanie V. Woodward*
Eric Magnuson (BBO# 643805)
EMagnuson@nutter.com
Melanie Woodward (BBO# 690906)
MWoodward@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone:   (617) 439-2000
Facsimile:   (617) 310-9000

*Counsel for Defendants Steven Brake and Brian Lee*

## CERTIFICATE OF SERVICE

I certify that, on October 16, 2024, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants.

/s/ *Melanie Woodward*
Melanie Woodward

6925353.1

---

[2] Brake and Lee obtained a copy of the summary-judgment decision yesterday afternoon from the Superior Court's publicly available electronic docket. After obtaining the decision, counsel for Brake and Lee emailed the decision to Plaintiffs' counsel. A copy of the decision is attached as Exhibit A.

[3] The current complaint is a quintessential shotgun pleading, spanning 103 pages, setting forth 511 paragraphs, and attaching 722 pages of exhibits.