UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, and JOHN PRATT JR.,<br><br>Defendants. | Case 1:24-cv-10931-PBS |

## DEFENDANTS' ASSENTED-TO MOTION TO CONFIRM CURRENT RESPONSIVE PLEADING DEADLINE

NOW COME the Defendants, The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr. ("Defendants"), with the assent of Plaintiffs, and request the Court confirm its current responsive pleading deadline is November 25, 2024. As grounds for this motion, the Defendants state:

1. This matter was originally filed in April 2024. In June 2024 the Defendants executed waivers of service of process. The Court then extended Defendants' responsive pleading deadline to September 30, 2024. As a result of the parties' L.R. 7.1 conference focused on the intention of defense counsel on the call to move to dismiss the Complaint, Plaintiffs moved to amend their Complaint.

2. The parties previously agreed that Plaintiffs would file an Amended Complaint by October 16, 2024, with the responsive pleadings due 30 days after, or by November 15, 2024. See Doc. no. 23. On October 16, 2024, Plaintiffs filed an Emergency Motion to

22478660.1

11/15/24
Allowed

[signature]