UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, and JOHN PRATT JR.,<br><br>　　　　Defendants. | Case 1:24-cv-10931-PBS |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendants, The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr. respectfully move the Court for leave to file a reply brief in support of their Motion to Dismiss by January 31, 2025, and state as follows:

1.　On December 13, 2024, Defendants filed their Motion to Dismiss. *See* Doc. no. 39.

2.　On January 13, 2025, Plaintiffs filed an Opposition to the Motion to Dismiss. *See* Doc. no. 46.

3.　Plaintiffs' recently filed opposition sets forth several legal contentions that merit a brief response by Defendants so that the Court can be fully briefed on the issues relevant to deciding the Motion to Dismiss. Defendants submit that, as a result, consideration of the reply memorandum will assist the Court in its decision on the motion. The proposed reply memorandum will be filed by January 31, 2025 to allow time for review and consideration in advance of the February 10, 2025 hearing on the Motion to Dismiss.

4. The Plaintiffs assent to the relief sought and Defendants assent if Plaintiffs seek leave to file a Sur-Reply.

WHEREFORE, Defendants, The Lowell Five Cent Savings Bank, David Wallace, and John Pratt, Jr. respectfully request the Court enter an order permitting them leave to file a reply memorandum by January 31, 2025 in support of their Motion to Dismiss.

### Local Rule 7.1(a)(2) Certification

Defendants certify that they conferred with Plaintiffs in a good faith attempt to resolve or narrow the issues herein, and this is an assented-to motion.

> Respectfully submitted,
> The Defendants,
> THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, AND JOHN PRATT, JR.,
>
> By their counsel,
>
> */s/ Daniel R. Sonneborn*
> Daniel R. Sonneborn (BBO# 679229)
> dsonneborn@preti.com
> Gregory A. Moffett (admitted *pro hac vice*)
> gmoffett@preti.com
> Preti Flaherty Beliveau & Pachios, LLP
> 60 State Street, Suite 1100
> Boston, Massachusetts 02109
> Telephone: (617) 226-3800

Dated: January 24, 2025

### CERTIFICATE OF SERVICE

I certify that on January 24, 2025, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants.

> /s/ *Daniel R. Sonneborn*
> Daniel R. Sonneborn