UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MITRA DAS, MUKTI L. DAS, and TROCA HOLDINGS LLC, for themselves, and as assignees of BOSTON EAST TYNGSBORO HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE LOWELL FIVE CENT SAVINGS BANK, DAVID WALLACE, and JOHN PRATT JR.,<br><br>Defendants. | Case 1:24-cv-10931-PBS |

## **JOINT STATUS REPORT**

The parties in the above captioned action, in response to this Court's February 10, 2025 Order (Doc. no. 56), jointly report that they do not request a referral of this matter to a Magistrate Judge for a Settlement Conference at this time.

Respectfully submitted,

/s/Michael J. Duffy
Michael J. Duffy (BBO# 652621)
mduffy@tddlegal.com
Tymann, Davis & Duffy, LLP
One Boston Place, Suite 2600
Boston, Massachusetts 02108
Telephone: (617) 933-9490

Michael L. Simes, *admitted pro hac vice*
mike@simespc.com
Simes Law P.C.
405 Lexington Avenue, 26th Floor
New York, NY 10074
Telephone: (646) 499-0676

*Counsel for Plaintiffs*

/s/Daniel R. Sonneborn
Daniel R. Sonneborn (BBO# 679229)
dsonneborn@preti.com
Gregory A. Moffett (NH Bar # 6873), admitted *pro hac vice*
gmoffett@preti.com
Preti Flaherty Beliveau & Pachios, LLP
60 State Street, Suite 1100
Boston, Massachusetts 02109
Telephone: (617) 226-3800

*Counsel for Defendants*

Dated: February 24, 2025

1

## CERTIFICATE OF SERVICE

      I certify that, on February 24, 2025, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants.

                                                    */s/ Daniel R. Sonneborn*
                                                    Daniel R. Sonneborn