## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABHIJIT DAS, MITRA DAS, MUKTI L. DAS, and | ) | C.A. No.: 1:24-cv-10931-ADB |
| TROCA HOLDING, LLC, for themselves, and as | ) | |
| Assignees of BOSTON EAST TYNGSBORO | ) | |
| HOLDINGS, LLC | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE LOWELL FIVE CENT SAVINGS BANK, | ) | |
| DAVID WALLACE, JOHN PRATT JR., and | ) | |
| RICHARD D. REAULT | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## **STIPULATION OF DISMISSAL AS TO RICHARD D. REAULT**

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the plaintiff's Complaint be dismissed, with prejudice, as to any and all claims against the **DEFENDANT, RICHARD D. REAULT IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES**, each party to bear their own costs, fees and attorney's fees. The parties also waive all rights of appeal as to this dismissal.

This dismissal does not affect the plaintiff's claims against the other defendants.

PLAINTIFFS,
By their counsel,


/s/ *Michael J. Duffy*
Michael J. Duffy (BBO # 652621)
mduffy@tddlegal.com
Tymann, Davis & Duffy, LLP
One Boston Place, Suite 2600
Boston, MA 02108
Telephone: (617) 933-9490

LOWELL FIVE CENT SAVINGS BANK,
DAVID WALLACE & JOHN PRATT, JR.
By their counsel,


/s/ *Daniel R. Sonneborn*
Daniel R. Sonneborn (BBO# 679229)
dsonneborn@preti.com
Gregory A. Moffett (admitted pro hac vice)
gmoffett@preti.com
Preti Flaherty Beliveau & Pachios, LLP
60 State Street, Suite 1100
Boston, Massachusetts 02109
Telephone: (617) 226-3800

RICHARD D. REAULT,
By his counsel,

/s/  *Courtney E. Mayo*
Courtney E. Mayo, Esquire – BBO #657790
cmayo@hassettdonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone: (508) 791-6287

Dated: March 6, 2025

<u>**CERTIFICATE OF SERVICE**</u>

I, Courtney E. Mayo, counsel of record for the Defendant Richard D. Reault in this action, do hereby certify that I served a copy of the foregoing to all parties through the ECF system this 6th day of March 2025.


*/s/  Courtney E. Mayo*
Courtney E. Mayo, Esquire